1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA−SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL BAKER, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br><s>COMCAST MO GROUP, INC., a Colorado corporation; COMCAST OF CALIFORNIA / COLORADO / FLORIDA / OREGON, INC., a Georgia corporation</s>; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | Case No.: 14-CV-02805-JAM-CKD<br><br>**ORDER RE VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Action filed:   05/13/2014 |

1

1     Having been stipulated and agreed upon by and between the parties and their respective
2 counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-referenced
3 lawsuit against Defendant COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC
4 is voluntarily dismissed in its entirety with Plaintiff's individuals claims being DISMISSED
5 WITH PREJUDICE, and the putative class claims asserted in this action being DISMISSED
6 WITHOUT PREJUDICE. Each side shall bear its own costs and attorneys' fees.

7     IT IS SO ORDERED.

DATED: 9/30/2016

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ,
UNITED STATES DISTRICT COURT JUDGE

2

*Baker v. Comcast, et al.,*      Order Re Dismissal
Case No. 14-CV-02805-JAM-CKD